**FILED**
Jun 02, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

JUN 2 2025

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL
## OF THE NINTH CIRCUIT

District Court No.
2:25-mc-0194 DJC SCR (PS)

| | |
|---|---|
| In re: <br><br> KIRAN RAWAT, <br><br><br> Debtor. <br> RAGHVENDRA SINGH, <br>             Appellant, <br> v. <br><br> KIRAN RAWAT; JAMES ROUSE; ERIN RADEKIN; DANNY BRACE, <br>             Appellees. | BAP No. EC-25-1055 <br><br> Bk. No. 21-23516 <br><br> Adv. No. 24-02184 <br><br><br> **ORDER TRANSFERRING IFP MOTION TO DISTRICT COURT** <br> **(Action Required)** |

Before: BRAND and GAN, Bankruptcy Judges.

Appellant filed a motion for leave to proceed *in forma pauperis* with the BAP ("IFP Motion") with respect to BAP Appeal No. EC-25-1055.

An order was issued by the BAP Clerk, giving the bankruptcy court the opportunity to make a certification under 28 U.S.C. § 1915(a)(3) regarding whether the appeal is frivolous. The bankruptcy court did not make a certification.

Under the holding of *Perroton v. Gray (In re Perroton)*, 958 F.2d 889 (9th Cir. 1992) and *Determan v. Sandoval (In re Sandoval),* 186 B.R. 490, 496 (9th Cir. BAP 1995), the Bankruptcy Appellate Panel has no authority to grant or deny *in forma pauperis* motions under 28 U.S.C. § 1915(a) because bankruptcy courts are not "court[s] of the United States" as defined in 28

U.S.C. § 451. Since only the district court can enter an order that will allow the appellant to proceed *in forma pauperis*, the Panel will transfer the IFP Motion to the district court for its determination.

Appellant's IFP Motion is hereby TRANSFERRED to the United States District Court for the Eastern District of California for the limited purpose of ruling on the IFP Motion.

It is appellant's responsibility to take all necessary steps to have the IFP Motion considered by the district court within a reasonable period of time.

No later than **Monday, June 23, 2025**, appellant must file with the Panel and serve on opposing counsel a written response which includes as an exhibit a copy of the district court's order on the IFP Motion or an explanation of the steps appellant has taken to have the IFP Motion considered by the district court. For the convenience of the district court, copies of the notice of appeal, the order on appeal, and the IFP Motion are attached as exhibits to this order.

**Failure to comply with the requirements of this order may result in dismissal of this appeal for lack of prosecution without further notice to the parties.**

From:
Raghvendra Singh, P.O. Box 162783
Sacramento, CA 95816

**FILED**
MAR 17 2025
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

$0.00

In and For Eastern District Bankruptcy Court

| | |
|---|---|
| In Re Kiran Rawat ) | Case No. 21-23516-C-7 |
| ------------------------------------------------- ) | ------------------------------------- |
| Raghvendra Singh, Cross-Complainant ) | Adversary Case No: 24-ap-02184 |
| v. ) | AMENDED |
| Kiran Rawat, Erin Radekin, Danny Brace, ) | Notice of Appeal |
| James Rouse, Defendants ) | |

Raghvendra Singh appeals from all the orders made in this case. INCLUDING DISMISSAL.

Submitted Respectfully

(Raghvendra Singh)

## Proof of Service

I, Sam Harris, declare the following:

I served ~~attached documents~~ NOTICE OF APPEAL on the following parties:

Kiran Rawat, P.O. Box 161792, Sacramento, CA 95816

Erin Radekin, 2012 H St Ste 200, Sacramento, CA 95811-3100

Danny Brace, 901 H St #612, Sacramento, CA 95814

James Rouse, 2020 Hurley Way Ste 175, Sacramento, CA 95825-3231

I declare under penalty of perjury that the above is true and correct.

Submitted Respectfully

*/s/ Sam*

Sam Harris

NOT FOR PUBLICATION

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

```
In re:                              )
                                    )
KIRIN RAWAT,                        )   Case No. 21-23516-C-7
                                    )
                   Debtor.          )
_____)
                                    )
RAGHVENDRA SINGH,                   )   Adv. Pro. 24-02184
                   Plaintiff,       )
v.                                  )
                                    )
KIRIN RAWAT, JAMES ROUSE, ERIN      )
RADEKIN, and DANNY BRACE            )
                                    )
                   Defendants.      )
_____)
```

**ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE**

This third adversary proceeding filed by Ragvendra Singh against his putative spouse, chapter 7 debtor Kirin Rawat, attacking Rawat's ownership of property, some of which property has been sold by the Chapter 7 trustee, seeks damages of $100,000,000.00.

Plaintiff's first adversary proceeding against Rawat was No. 22-02101, filed November 2, 2022, and dismissed January 4, 2023, for not paying the filing fee. That action sought damages of $10,000,000.00.

Plaintiff's second adversary proceeding against Rawat, seeking damages of $100,000,000.00, was No. 23-02050, filed June 7, 2023, and dismissed September 30, 2023, for failure to serve within 90 days after the complaint was filed and failure to show good cause for such failure as required by Federal Rule of Civil Procedure 4(m) as incorporated by Federal Rule of Bankruptcy Procedure 7004(a)(1).

1    In this third adversary proceeding, the action must also be
2 dismissed.
3    The Complaint in No. 24-02184 was filed September 10, 2024.
4 Despite notices from the Court, the Debtor's attorney had not
5 been served as of January 21, 2025, (112 days after filing the
6 complaint) as required by Federal Rule of Bankruptcy Procedure
7 7004(g).
8    On January 22, 2025, this Court was asked by the Plaintiff
9 to enter default and default judgment in view of the absence of
10 any response from defendants. This Court declined to enter a
11 default because service of process was defective and will not
12 enter a default judgment without prior entry of default.
13    Service was not completed within 90 days of the filing of
14 the Complaint. The Plaintiff has not shown good cause for his
15 failure. Accordingly, Federal Rule of Civil Procedure 4(m) as
16 incorporated by Federal Rule of Bankruptcy Procedure 7004(a)(1),
17 requires that the action be dismissed without prejudice.
18    It is noted that Plaintiff Raghvendra Singh is no stranger
19 to bankruptcy. He has filed multiple bankruptcy cases, used
20 different social security numbers, been declared a vexatious
21 litigant, and suffered a multi-year ban on filing cases. Three
22 examples are: (1) Order to Show Cause, In re Raj Singh, No. 10-
23 28544-E-13, Dkt. # 97 (12/10/2010); (2) Memorandum Opinion and
24 Decision Denying Motion to Vacate Prefiling Review Order, In re
25 Singh, 551 B.R. 54 (Bankr. E.D. Cal. 2016); and (3) Supplemental
26 Memorandum Opinion and Decision Denying Motion to Reconsider, In
27 re Singh, 553 B.R. 404 (Bankr. E.D. Cal. 2016).
28    This Court has carefully examined the record in comparison

2

to the allegations of the Complaint and concludes that there is no substantive merit to the action. The questions of ownership have been resolved against Plaintiff in prior judicial proceedings, which are long-since final in all respects.

It follows that there is cause to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 41(b) for failure to state a claim upon which relief may be granted. This dismissal is on the merits, and, in addition, is on account of the Plaintiff's failures to prosecute and to comply with applicable rules of procedure.

Accordingly, this dismissal under Rule 41(b) operates as an adjudication on the merits and is with prejudice.

IT IS ORDERED, this adversary proceeding is DISMISSED WITH PREJUDICE and operates as an ADJUDICATION ON THE MERITS within the meaning of Federal Rule of Civil Procedure 41(b), as incorporated by Federal Rule of Bankruptcy Procedure 7041.

Dated: January 24, 2025

_____
United States Bankruptcy Judge

|  |  |
|---|---|
| 1 | **INSTRUCTIONS TO CLERK OF COURT** |
| 2 | **SERVICE LIST** |
| 3 | The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties: |
| 4 | Raghvendra Singh |
| 5 | PO Box 162783<br>Sacramento, CA 95816-2783 |

4

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

**FILED**
**MAR 28 2025**
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**Form 4. Motion and Affidavit for Permission to Proceed in Forma Pauperis**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form04instructions.pdf*

BAP ~~9th Cir.~~ **Case Number(s)** | EC-25-1055

**Case Name** | SINGH v. RAWAT (BANKRUPTCY NO. 21-23816) CASE NO. 24-02184

**Affidavit in support of motion:** I swear under penalty of perjury that I am financially unable to pay the docket and filing fees for my appeal. I believe my appeal has merit. I swear under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

**Signature** | R SINGH    **Date** | 3/1/25

The court may grant a motion to proceed in forma pauperis if you show that you cannot pay the filing fees **and** you have a non-frivolous legal issue on appeal. Please state your issues on appeal. (*attach additional pages if necessary*)

I AM DISABLE, HOMELESS AND VERY SICK PERSON. SUCH PERSON SHOULD NOT BE FORCED TO PAY ANY FEE. I OWE MILLIONS TO OTHERS. SURVIVAL IS VERY EXPENSIVE FOR HOMELESS PERSONS. SO, PLEASE HELP ME.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4        *1*        *Rev. 12/01/2018*

1. *For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-Employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and Dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child Support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment Payments | $ | $ | $ | $ |
| Public-Assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify) | $ | $ | $ | $ |
| **TOTAL MONTHLY INCOME:** | $ | $ | $ | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4    2    Rev. 12/01/2018

2. List your employment history for the past two years, most recent employer first.
   (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | | Gross Monthly Pay |
|---|---|---|---|---|
| | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |

3. List your spouse's employment history for the past two years, most recent employer first.
   (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | | Gross Monthly Pay |
|---|---|---|---|---|
| | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 4                                    3                              Rev. 12/01/2018

4. How much cash do you and your spouse have?   $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
|  | $ |  | $ |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
|  |  |  | $ |

| Motor Vehicle 2: Make & Year | Model | Registration # | Value |
|---|---|---|---|
|  |  |  | $ |

(N/A written across form)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4    4    Rev. 12/01/2018

| Other Assets | Value |
|---|---|
|  | $ |
|  | $ |
|  | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |

(N/A written across section 6)

7. State the persons who rely on you or your spouse for support. If a dependent is a minor, list only the initials and not the full name.

| Name | Relationship | Age |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 4**　　　　　　　　　　　5　　　　　　　　　　*Rev. 12/01/2018*

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) <br> - Are real estate taxes included?　○ Yes　☒ No <br> - Is property insurance included?　○ Yes　☒ No | $ | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) |  |  |
|   - Homeowner's or renter's | $ | $ |
|   - Life | $ | $ |
|   - Health | $ | $ |
|   - Motor Vehicle | $ | $ |
|   - Other | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) |  |  |
|   Specify | $ | $ |

*Handwritten across form: "N/A"*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4　　　　　　　　　　　　　　　　　6　　　　　　　　　　　　　　　　Rev. 12/01/2018

|  | You | Spouse |
|---|---|---|
| Installment payments | | |
| - Motor Vehicle | $ | $ |
| - Credit Card (name) | $ | $ |
| - Department Store (name) | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify) | $ | $ |
| **TOTAL MONTHLY EXPENSES** | $ | $ |

(N/A marked across expenses section)

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*  ○ Yes  ☒ No

   If Yes, describe on an attached sheet.

10. *Have you spent—or will you be spending—any money for expenses or attorney fees in connection with this lawsuit?*  ○ Yes  ☒ No

    If Yes, how much? $ _____

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

> I AM DISABLE, HOMELESS AND VERY SICK PERSON. SUCH PERSON SHOULD NOT BE FORCED TO PAY ANY FEE. I ALREADY OWE A LOT OF MONEY IN MILLIONS TO OTHERS. SURVIVAL IS VERY EXPENSIVE FOR HOMELESS PERSONS.

12. *State the city and state of your legal residence.*

    City: SACRAMENTO    State: CALIFORNIA

    Your daytime phone number (ex., 415-355-8000): _____

    Your age: 62    Your years of schooling: _____

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 4    7    Rev. 12/01/2018