1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   In Re KIRAN RAWAT,                    District Case No.  2:25-mc-00194-DJC-
                                           SCR
12                  Debtor.
                                           Bankr. Case No. 21-23516
13   RAGHVENDRA SINGH,
                                           Bankr. Adversary Case No. 24-02184
14                  Appellant,

15        v.

16   KIRAN RAWAT, et al.,                  ORDER

17                  Appellees.

18

19        The Bankruptcy Appellate Panel of the Ninth Circuit transferred this action to

20   this Court for the limited purpose of ruling on Appellant Raghvendra Singh's Motion

21   to Proceed In Forma Pauperis. (*See* ECF Nos. 1, 2.)  On June 13, 2025, the Bankruptcy

22   Court issued an order under 18 U.S.C. § 1915(a)(3) and 28 U.S.C. § 753(f) certifying

23   that Appellant's appeal was not taken in good faith, is frivolous, and does not present

24   a substantial question.  (ECF No. 3 at 3.)

25        Having carefully reviewed the record, the court agrees with the Bankruptcy

26   Court's analysis and finds that the appeal is not being taken in good faith.  As such,

27   Appellant is not entitled to proceed in forma pauperis.  *See* 18 U.S.C. § 1915(a)(3); *see*

28   *also* 28 U.S.C. § 753(f).

                                        1

1    Accordingly, IT IS HEREBY ORDERED that Appellant Raghvendra Singh's

2  Motion to Proceed In Forma Pauperis (ECF No. 2) is DENIED.  The action is referred

3  back to the United States Bankruptcy Appellate Panel of the Ninth Circuit for all further

4  proceedings and the Clerk of Court shall close this miscellaneous case.

5

6    IT IS SO ORDERED.

7  Dated:  **July 8, 2025**

8                                                    Hon. Daniel J. Calabretta
                                                     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14  DJC1 – rawat25mc00194.bk_ifp

15

16

17

18

19

20

21

22

23

24

25

26

27

28